**McKINNEY v. STATE.**

No. 26003.

Court of Criminal Appeals of Texas.

Nov. 5, 1952.

212

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Under an indictment charging the primary offense of nighttime burglary of a private residence, together with two prior felony convictions, appellant was convicted and his punishment assessed at life imprisonment in the penitentiary, under the provisions of Art. 63, Vernon's Ann.P.C.

The record contains no statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.